R. HERMANN HEIMGARTNER    #9010
R. HERMANN HEIMGARTNER AAL, LLLC
P.O. Box 1839
Kailua-Kona, Hawaii 96745
Telephone: (808) 756-7022
Facsimile: (808) 443-0061
E-Mail: hermann@kona.attorney

Attorney for Defendant
ROSEMARIE LASTIMADO-DRADI (1)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | CR. NO. 21-00014-JMS |
|---|---|
| Plaintiff, | ROSEMARIE LASTIMADO-DRADI (1)'S WITNESS LIST; CERTIFICATE OF SERVICE |
| vs. | |
| ROSEMARIE LASTIMADO-DRADI (1), | |
| Defendant. | |

## DEFENDANT ROSEMARIE LASTIMADO-DRADI'S (1)'S WITNESS LIST

Comes now Defendant Rosemarie Lastimado-Dradi, by and through the undersigned attorney, and hereby submits the following list of witnesses that she may call in the above-captioned case:

1. Aaron Aqueron;

2. Yomarie Febres;

3. Kelly Maeda;

4. Christine Beers;

5. Justine McClellan;

6. Larry Santiago;

7. Eurich Griffin.

Defendant reserves the right to call any witness named or disclosed by the United States, by any co-defendant, any witness who may become necessary by way of rebuttal or impeachment, or supplement this list.

DATED: Kailua-Kona, Hawaii, August 5, 2025.

                                         */s/ R. Hermann Heimgartner*
                                         R. HERMANN HEIMGARTNER
                                         Attorney for Defendant
                                         ROSEMARIE LASTIMADO-DRADI (1)